[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MEMORANDUM OF DECISION RE MOTION FOR DEFICIENCY JUDGMENT (DOCUMENT NO. 115)
In the above matter, on April 16, 1990, the court (Hurley, J.) entered a judgment of strict foreclosure as will appear of record. The defendants did not redeem and title vested in the plaintiffs on May 25, 1990.
The matter then came before the Court on a motion for deficiency judgment, at which time counsel for both parties stipulated that the judgment be corrected to reflect a credit in the amount of $4,000.00 in favor of the defendants. The court approved the correction and the judgment amount was revised accordingly.
The Court then took testimony from expert appraisers offered by each party. The property may be used for residential purposes, but lies in a mixed residential-business area. It consists of a vacant lot, near but with no frontage on the Mystic River. The plaintiff's appraiser valued the property at $65,000.00. The defendant's appraiser fixed the value of $90,000.00. The Court finds the value to be $75,000.00 as of the date of appropriation.
The Court finds the deficiency to be $93,550.45, which includes an attorney's fee of $400.00, in accordance with Appendix "A" hereto. An appraiser's fee of $300.00 is allowed.
BURNS, J.
APPENDIX "A"
Judgment (including attorneys' fees) $166,821.40 (+) Costs 1,023.60 ----------- $167,845.00 (-) Credit for interest 4,000.00 ----------- $163,845.00 (+) Interest 4/16/90 to 5/25/90 1,785.91 ----------- Amount due 5/25/90 $165,630.91 (-) Appropriations of real property 75,000.00 ----------- $90,630.91 (+) Interest to 7/9/90 2,519.54 ----------- $93,150.45 (+) Attorneys' fees 400.00 ----------- $93,550.45 CT Page 724